UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE TEJADA MARTINEZ,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-04680-KK-RAO<br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On August 14, 2026, petitioner Luis Enrique Tejada Martinez, proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition") concurrently with an Ex Parte Motion for Temporary Restraining Order, Preliminary Injunction, and Order to Show Cause ("Motion"). (Dkt. Nos. 1, 2.) On August 18, 2026, the Court converted the Motion to a Motion for a Preliminary Injunction. (Dkt. 9.) On August 24, 2026, the Court granted a preliminary injunction and ordered Respondents to (1) immediately release Petitioner from their custody subject to the same conditions as his previous bond prior to re-detention, (2) return any confiscated property and documents to Petitioner upon his release, and (3) file a status report regarding compliance with the Order. (Dkt. No. 12.) The Court additionally enjoined Respondents from (1) re-detaining Petitioner pursuant to 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required, and (2) relocating Petitioner outside the Central District of California pending final resolution of the instant case. Id.

On August 31, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction, without requiring further proceedings. (Dkt. No. 14.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 14) and for the reasons stated in the Court's Order granting a preliminary injunction (Dkt. No. 12), the Petition is granted. Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required. Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated: September 1, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge