JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUIS ENRIQUE TEJADA MARTINEZ,

Petitioner,

v.

ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER; *et al*,.

Respondents.

No. 5:26-cv-04680-KK-RAO

**JUDGMENT**

Honorable Kenly Kiya Kato
United States District Judge

Honorable Rozella A. Oliver
United States Magistrate Judge

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings. Respondent preserves their objections to the merits of such a judgment granting the Petition and the Order that it is based upon, however, for the purposes of potential appeal.

IT IS SO ORDERED.

Dated: September 1, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE